**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2220**

DAVID ALUVALE,

             Plaintiff - Appellant,

      v.

TRULAND SYSTEMS,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony J. Trenga, District Judge.  (1:13-cv-00791-AJT-TRJ)

Submitted:  February 20, 2014      Decided:  February 25, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Aluvale, Appellant Pro Se.   Kevin D. Holden, Crystal L. Tyler, JACKSON LEWIS PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Aluvale appeals the district court's order dismissing his complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Aluvale v. Truland Sys., No. 1:13-cv-00791-AJT-TRJ (E.D. Va. filed Sept. 16, 2013 & entered Sept. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED